IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHYLLIS M. KNIGHT, next friend of Cotrell T. Knight;<br><br>　　　　　Petitioner,<br><br>vs.<br><br>MICHAEL MYERS,<br><br>　　　　　Respondent. | 8:25CV483<br><br>MEMORANDUM AND ORDER |

　　　　This matter is before the Court on what the Court has liberally construed and docketed as Petitioner Phyllis M. Knight's ("Petitioner") Notice of Appeal and Motion for Leave to Appeal in Forma Pauperis ("IFP"). Filing No. 5. Petitioner filed her Notice of Appeal on November 26, 2025. Petitioner appeals from the Court's Memorandum and Order and Judgment dated October 30, 2025. Filing Nos. 3 & 4. Upon review of Petitioner's Motion for Leave to Appeal IFP, the Court finds Petitioner is entitled to proceed in forma pauperis on appeal.

　　　　IT IS ORDERED that Petitioner's Motion for Leave to Appeal in Forma Pauperis, Filing No. 5, is granted.

　　　　Dated this 26th day of November, 2025.

BY THE COURT:

*/s/ Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge